## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

DONALD FRANKLIN TROSIN,

Plaintiff,

v.

RRM MINNEAPOLIS,

Defendant.

Civil No. 23-1207 (JRT/DLM)

**ORDER ON REPORT AND
RECOMMENDATION**

---

Donald Franklin Trosin, address unknown, *pro se* plaintiff.

Ana H Voss, Assistant United States Attorney, **UNITED STATES
ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN
55415, for defendant.

United States Magistrate Judge Douglas L. Micko filed a Report and
Recommendation on August 15, 2023. (ECF No. 13.) No objections have been filed to that
Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of
the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 13) is **ADOPTED**;

2. Petitioner Donald Franklin Trosin's Petition for a Writ of Habeas Corpus
   under 28 U.S.C. § 2241 (ECF No. 1) is DENIED AS MOOT; and

3. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter
   jurisdiction.

Dated: September 21, 2023                      ____s/John R. Tunheim_____
at Minneapolis, Minnesota                        JOHN R. TUNHEIM
                                            United States District Judge